956

No. 716. SUCHER PACKING CO. v. MANUFACTURERS CASUALTY INSURANCE CO. C. A. 6th Cir. Certiorari denied. *Jerome Goldman* for petitioner. *William H. Selva* for respondent.

No. 721. BARRY v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *D. Wendell Reid* for petitioner. *Edmund G. Brown,* Attorney General of California, and *Herschel Elkins,* Deputy Attorney General, for respondent.

No. 722. AKIN ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Muriel S. Paul, Leonard E. Ackermann* and *Bennett Boskey* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Robert N. Anderson* and *Carolyn R. Just* for the United States.

No. 723. FRANKEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *C. Lee Spillers, Thomas A. Goodwin, Lawrence Bloomenthal* and *Gilbert S. Bachmann* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 728. SATURN OIL & GAS CO., INC., v. FEDERAL POWER COMMISSION. C. A. 10th Cir. Certiorari denied. *William H. Chamberlain* and *Chisman Hanes* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney, Robert S. Green* and *Willard W. Gatchell* for respondent.